# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

UNITED STATES OF AMERICA

v.

Dalal, Inc.

Crmin. No. 053L 2:00CR00295-002L

On October 10, 2001, the above named was placed on Probation for a period of five years. Dalal, Inc. has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that Dalal, Inc. be discharged from Probation.

Respectfully submitted,

Jill M. Schneckenburger
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 25th day of April, 2005.

Eldon E. Fallon
U.S. District Judge

Distribution:
  Original - Clerk's Office
  2 Certified Copies - United States Probation Office
  1 Certified Copy  - United States Attorney's Office
  1 Certified Copy  - Defense Attorney
  1 Certified Copy  - Defendant

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No.___